UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SAMUEL CABASSA,

                                     Plaintiff,

       vs                                         9:01-CV-1039

CRAIG GUMMERSON, Corrections Captain,
Auburn Correctional Facility; DONALD SELSKY,
Assistant Deputy Commissioner/Director of Special
Housing/Disciplinary Program; ANTHONY GRACEFFO,
Chief Medical Doctor, Auburn Correctional Facility;
GLENN S. GOORD; HANS WALKER; GARY HODGES;
D.W. SEITZ; TERRY A. HALCOTT; CHRISTINE COYNE;
NANCY O'CONNOR; ANN DRISCOLL; JOHN McCLELLEN;
JOHN ROURKE, Captain Security Services at Auburn
Correctional Facility; KOORS, Head Pharmacist at
Auburn Correctional Facility; ROBERT MITCHELL,
Correctional Counselor at Auburn Correctional Facility;
and ANDROSKO, Registered Nurse, Auburn Correctional
Facility,

                                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

SAMUEL CABASSA
84-a-0364
Shawangunk Correctional Facility
Box 700
Wallkill, New York 12589

HON. ELIOT SPITZER                    DAVID FRUCHTER, ESQ.
Attorney General of the                 Asst. Attorney General
  State of New York
Attorney for Defendant
Department of Law
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## O R D E R

Plaintiff, Samuel Cabassa, brought this civil rights action pursuant to 42 U.S.C. § 1983. In a Report Recommendation dated March 30, 2006, the Honorable George H. Lowe, United States Magistrate Judge, recommended that defendants' motion for summary judgment be denied to the extent it seeks dismissal of (1) the claims asserted against defendants Walker and Seitz in the Fourth Cause of Action of plaintiff's Fourth Amended Complaint; and (2) the claims asserted against defendants Walker, Gummerson, and Seitz in the Fifth Cause of Action of Plaintiff's Fourth Amended Complaint, but that defendants' motion be granted in all other respects. Objections to the Report Recommendation have been filed by all parties.

Based upon a de novo review of the portions of the Report-Recommendation to which the parties have objected, the remainder of the Report-Recommendation is accepted and adopted. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The objections to the Report Recommendation are REJECTED;

2. The defendants' motion for summary judgment is DENIED to the extent it seeks dismissal of:

    a. The claims asserted against defendants Walker and Seitz in the Fourth Cause of Action of plaintiff's Fourth Amended Complaint; and

    b. The claims asserted against defendants Walker, Gummerson, and Seitz in the Fifth Cause of Action of Plaintiff's Fourth Amended Complaint;

3.  The defendants' motion is GRANTED in all other respects; and

4.  The remaining claims in plaintiff's Fourth Amended Complaint are DISMISSED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June   1, 2006
         Utica, New York.